UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LYNN BRIGGS, | Case No. 21-cv-10045-EMC |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| ARRON BAKER, et al., | |
| Defendants. | |

The above-captioned pro se civil rights action was filed on December 29, 2021. On that date, the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or, instead, a completed and signed Court-approved *in forma pauperis* application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Docket No. 3. The Court also notified Plaintiff that he had failed to sign his complaint. Docket No. 2. Plaintiff was advised that failure to file a signed complaint and to pay the fee or file the application within 28 days would result in dismissal of the action. *See* Docket Nos. 2, 3.

Plaintiff did not pay the filing fee or file an *in forma pauperis* application, and the deadline by which to do so has long passed. The action is therefore **DISMISSED** without prejudice. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

Dated: April 28, 2022

EDWARD M. CHEN
United States District Judge